UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TRACY LYNN NORWOOD, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>WARDEN JOHN YATES, )<br>)<br>*Respondent*. ) | Case No. 1:22-cv-80<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

**JUDGMENT ORDER**

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to transfer this action to the Delta Division of the United States District Court for the Eastern District of Arkansas and to close this Court's file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT